IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-1749-S |
| THE LANE GROUP, LLC and SUSAN R. JOHNS, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 13, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby GRANTS Plaintiff's Motion to Interplead or, in the Alternative, Deliver Funds to Defendant Susan Johns. [Dkt. No. 14].

**SO ORDERED** this 8th day of March, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE